AO 10*
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Inman, Dennis H. | Eastern District of Tennessee | 08/07/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge, full time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

James H. Quillen U.S.Courthous
220 West Depot St., Suite 306
Greeneville, Tennessee 37743

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director (uncompensated and no personal control of assets) | Boys and Girls Club, Morristown, Inc. |
| 2. | Trustee (uncompensated) | Boys & Girls Club Foundation of Morristown, Inc. |
| 3. | Trustee | ▮▮▮▮▮ Trust |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Inman, Dennis H. | 08/07/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | State of Tennesssee Retirement Benefit | $22,462.14 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Inman, Dennis H. | 08/07/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Inman, Dennis H. | 08/07/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  AMG Funds- Managers Bond Fund | A | Dividend | K | T | | | | | |
| 2.  American Funds - New World Fund | A | Dividend | L | T | | | | | |
| 3.  American Funds - Income Fund | A | Dividend | L | T | | | | | |
| 4.  American Funds - EuroPacific Growth Fund | B | Dividend | M | T | | | | | |
| 5.  American Funds - Balanced Fund | A | Dividend | M | T | | | | | |
| 6.  American Funds - Balanced 529 Fund | A | Dividend | L | T | | | | | |
| 7.  American Funds - Cap Inc Bldr 529 | A | Dividend | K | T | | | | | |
| 8.  American Funds - Fndmntl Inv 529 | A | Dividend | K | T | | | | | |
| 9.  American Funds - Grwth Fnd of Amer 529 | A | Dividend | K | T | | | | | |
| 10. American Funds - Invstmnt Co of Amer 529 | A | Dividend | K | T | | | | | |
| 11. American Funds- Cap Wrld Grwth 529 | A | Dividend | J | T | | | | | |
| 12. American Funds - Small Cap Wrld Gwth 529 | A | Dividend | K | T | | | | | |
| 13. American Funds - Mutual Invs. Fnd 529 | A | Dividend | K | T | | | | | |
| 14. AQR Funds-Managed Futures Strategy Fund | A | Dividend | J | T | | | | | |
| 15. Artio Funds - Global Total Return Fund | A | Dividend | K | T | | | | | |
| 16. Artisan Funds - Midcap Value Fund | A | Dividend | J | T | | | | | |
| 17. Blackrock Funds - Core Bond Portfolio | A | Dividend | K | T | Buy | 09/16/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Inman, Dennis H. | 08/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Broadview Funds - Opprortunity Fund | A | Dividend | J | T | Buy | 09/16/14 | J | | |
| 19. Broadview Funds - Opportunity Fund | A | Dividend | | | Sold | 09/14/14 | J | A | |
| 20. CBL & Assoc | A | Dividend | K | T | | | | | |
| 21. Cohen & Steers Funds - Realty Shares Fund | A | Dividend | J | T | | | | | |
| 22. Colgate Palmolive | D | Dividend | N | T | | | | | |
| 23. Duke Energy | A | Dividend | K | T | | | | | |
| 24. Du Pnt - Nemours & Co | C | Dividend | M | T | | | | | |
| 25. Eaton/Vance Funds - Global MacroAbsolute Return Fund | A | Dividend | J | T | | | | | |
| 26. Fidelity Advisors Fund - Health Care Fund | A | Dividend | | | Sold | 01/02/14 | J | A | |
| 27. Fidelity Funds - Fidelity Adviser Series VII Fund | C | Dividend | K | T | | | | | |
| 28. Goldman - Sachs - TR FINL Square Treas | A | Dividend | J | T | | | | | |
| 29. Harbor Funds- CAP Appreciation Fund | A | Dividend | K | T | | | | | |
| 30. Harbor Funds - Small Cap Growth Fund | A | Dividend | | | Sold | 05/20/14 | J | A | |
| 31. Heartland Funds- Heartland Value Plus Fund | A | Dividend | J | T | | | | | |
| 32. Highland Funds - PYXIS Long/Short Equity Fund | A | Dividend | | | Sold | 05/20/14 | J | A | |
| 33. John Hancock Funds - Global Absolute Return Fund | A | Dividend | | | Buy | 05/21/14 | J | | |
| 34. John Hancock Funds - Global Absolute Return Fund | A | Dividend | | | Sold | 09/15/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Inman, Dennis H. | 08/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Johnson & Johnson | D | Dividend | N | T | | | | | |
| 36. JP Morgan Funds - Intrepid Value Fund | A | Dividend | K | T | | | | | |
| 37. Knoxville TN Waste Water Sys Rev Impt Ser A | C | Interest | L | T | | | | | |
| 38. Lowes Companies | A | Dividend | K | T | | | | | |
| 39. Mainstay Funds - High Yield Corporate Bond Fund | A | Dividend | | | Sold | 05/20/14 | J | A | |
| 40. Memphis TN Gen - Impt Ser A G/O Unltd | A | Interest | L | T | | | | | |
| 41. Met Govt Nashville & Davidson Co. TN H&E FACS Board | C | Interest | | | Redeemed | 05/15/14 | K | A | |
| 42. Metropolitan West Funds - Total Return Bond Fund | A | Dividend | | | Sold | 05/20/14 | J | A | |
| 43. MetLife Variable Annuity - AQR Global Risk Balanced | | None | K | T | | | | | |
| 44. MetLife Variable Annuity - Alliance Bernstein Global | | None | K | T | | | | | |
| 45. MetLife Variable Annuity - MetLife Balanced Plus | | None | K | T | | | | | |
| 46. MetLife Variable Annuity - BlackRock Global TCT Strat | | None | K | T | | | | | |
| 47. MetLife Variable Annuity IRA - MetGrowth Strategies | | None | M | T | | | | | |
| 48. MetLife Variable Annuity - Met Balanced Strategies | | None | M | T | | | | | |
| 49. MetLife Vari. Annuity IRA - Met Balanced Strategies | | None | M | T | | | | | |
| 50. MetLife Variable Annuity IRA - MetGrowth Strategies | | None | M | T | | | | | |
| 51. MFS Funds - Ser Emerging Markets Fund | A | Dividend | J | T | Sold (part) | 09/15/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Inman, Dennis H. | 08/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Microsoft Corp | A | Dividend | K | T | | | | | |
| 53. Neuberger Berman Funds - Alternative Fund | A | Dividend | J | T | | | | | |
| 54. OneOk Partners, LP | A | Dividend | N | T | | | | | |
| 55. Oppenheimer Funds - Dev Markets Fund (ODVYX) | A | Dividend | J | T | | | | | |
| 56. Oppenheimer Funds -Intl Fund(OIBYX) | A | Dividend | J | T | | | | | |
| 57. PIMCO Funds - FDS PAC INVT Fund | A | Dividend | J | T | Buy | 09/16/14 | J | | |
| 58. PIMCO Funds - Commodity Real Return Fund | A | Dividend | J | T | | | | | |
| 59. PIMCO - S Total Return Fund | A | Dividend | | | Sold | 09/15/14 | J | A | |
| 60. Pioneer Funds - Oak Ridge Small Cap Growth Fund | A | Dividend | | | Sold | 09/15/14 | J | A | |
| 61. Regions Bank, Morristown, TN checking acct | A | Interest | K | T | | | | | |
| 62. Regions Bank, Morristown, Savings Acct | A | Interest | K | T | | | | | |
| 63. Rental House, Morristown, Hamblen County, Tennessee | C | Rent | J | W | | | | | |
| 64. Sysco Corp | A | Dividend | J | T | | | | | |
| 65. TN State (Bond) - Ser A General Obligation UNLTD B/E | A | Interest | J | T | | | | | |
| 66. Thornburg - International Value Fund | C | Dividend | | | Sold | 09/15/14 | J | A | |
| 67. Thornburg - Investment Income Builder | A | Dividend | | | Sold | 09/15/14 | J | A | |
| 68. TN Housing Dev Agy Homeownership | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Inman, Dennis H. | 08/07/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Wells Fargo Bank Money Mrkts | A | Interest | M | T | | | | | |
| 70. Williamson Co. TN School Dist. G/O UNLTD B/E | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - In the 2013 report and the initial 2014 report there appeared duplicate reportings of Fidelity Advisors Series VII Fund, Thornburg Intl Value, Thornburg Invt, Colgate Palmolive, Sysco Corporation, Lowes, AQR Managed Future Strategy, Broadview (formerly FMI Focus Fund), Goldman - Sachs TR FINL Square Treas, Heartland Value Plus, JP Morgan - Intrepid Value, Neuberger Berman, Oppenheimer - Dev Market, Oppenheimer - International (Bond), Artio Global Total Return, Artisan Funds Midcap Value, Cohen & Steers Rlty Shares, Eaton/Vance Global MacroAbsolute Return, John Hancock Global Absolute Return, Mainstay (-) High Yield, Managers Bond Fund, MFS Ser Emerging Markets, Pimpco Total Return (same as Pimpco - S Total Return), Johnson & Johnson, and Knoxville TN Waste Water Sys Rev Impt. This occurred becuase the trust identified in Part 1 as                     Trust" had many of the same holdings as the Reporting Person's personal holdings and each of the                     Trust's holdings were reported separately. On this amended report all holdings, whether personally owned or owned by the                     Trust, were reported in a consodidated manner. The duplicated holdings identified above are the holdings of the                     Trust.

| Name of Person Reporting | Date of Report |
|---|---|
| Inman, Dennis H. | 08/07/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Dennis H. Inman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544